# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ERIC GRIFFIN, *et al*,  )
                       )   2:09-cv-01126-RCJ-GWF
          Plaintiffs,  )
                       )
     vs.               )   **ORDER**
                       )
PHILIP M. PRO, *et al* )
                       )
          Defendants.  )

Before the Court for consideration is the Order and Findings and Recommendations (#5) of Magistrate Judge George W. Foley, entered July 1, 2009.

The Court has conducted a review of the record in this case and, upon finding that no objections have been filed, determines that the Order and Recommendation (#5) of the United States Magistrate Judge entered July 1, 2009, should be affirmed. As such,

IT IS HEREBY ORDERED that Magistrate Judge Leavitt's Order and Recommendation (#5) be affirmed and adopted and that the Complaint in this action be **DISMISSED WITH PREJUDICE** as delusional and frivolous.

IT IS FURTHER ORDERED the Motion for Change of Venue (#3) is DENIED.

DATED:   October 14, 2009

_____
UNITED STATES DISTRICT COURT